# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STANLEY L. BROWN, <br> (AIS #267049) <br>     Plaintiff, <br><br> vs. <br><br> WARDEN ROGER GOODMAN, et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION 08-00694-KD-N <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this May 27, 2010.

                                                **s/ Kristi K. DuBose** <br>
                                                **KRISTI K. DuBOSE** <br>
                                                **UNITED STATES DISTRICT JUDGE**